**Therman JONES, Plaintiff–Appellant,**

v.

**COMMISSIONER OF SOCIAL SECURITY, Defendant–Appellee.**

**No. 10–1639.**

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 10, 2011.

Decided: March 3, 2011.

Charles Henry Cuthbert, Jr., Cuthbert Law Offices, Petersburg, Virginia, for Appellant. Eric Kressman, Regional Chief Counsel, Brian O'Donnell, Supervisory Attorney, Jillian Kipp, Assistant Regional Counsel, Social Security Administration, Philadelphia, Pennsylvania; Neil H. MacBride, United States Attorney, Robin Perrin Meier, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before WILKINSON, NIEMEYER, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Therman Jones appeals the district court's order affirming the Commissioner's decision to deny Jones a period of disability and disability insurance benefits. We must uphold the decision to deny benefits if the decision is supported by substantial evidence and the correct law was applied. *See* 42 U.S.C. § 405(g) (2006); *Johnson v. Barnhart,* 434 F.3d 650, 653 (4th Cir.2005) (per curiam). We have thoroughly reviewed the parties' briefs, administrative record, and the materials submitted in the joint appendix, and find no reversible error. Accordingly, we affirm. *See Jones v. Comm'r of Soc. Sec.,* No. 3:09–cv–00590–RLW, 2010 WL 2306151 (E.D. Va. June 3, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*